0

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | **GOVERNMENT'S AMENDED** |
| ) | **EXHIBIT LIST** |
| Plaintiff,            ) | |
| v.            ) | |
| ) | Case No. 21-30014 |
| WILLIAM SAMUEL McCANN, JR.,            ) | |
| ) | |
| Defendant.            ) | |

| PRESIDING JUDGE:<br>Colleen R. Lawless<br>United States District Judge | PLAINTIFF'S ATTORNEYS:<br>Timothy A. Bass | DEFENDANT'S ATTORNEY:<br>Charles Schierer<br>Michael Sweis |
|---|---|---|
| TRIAL DATE:<br>November 27, 2023 | COURT REPORTER: | COURTROOM DEPUTY: |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **VEHICLE PURCHASES** |
| 1 | | | | | Records relating to the purchase of a 2017 Ford Expedition from Bob Ridings Westown Ford |
| 2 | | | | | Records relating to the purchase of a 2018 Ford F-250 from Victory Lane Ford |
| 3 | | | | | Carlinville National Bank records relating to the purchase of Exhibits 1 and 2 |
| | | | | | **TRAILER AND MOTOR HOME** |
| 4 | | | | | Records relating to the purchase of a 2018 Recreational Trailer (Camping World) |
| 5 | | | | | Records relating to the purchase of a 2006 Recreational Motor Home (A&D Auto) |
| 6 | | | | | Carlinville National Bank records |
| 7 | | | | | United Community Bank records |
| 8 | | | | | Secretary of State Title Records |
| 9 | | | | | RV Share Lease Records |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 9-A | | | | | Summary Chart of RV Share Records |
| 10 | | | | | Photograph of Motor Home |
| | | | | | **PERSONAL LOANS** |
| 11 | | | | | United Community Bank records relating to a $20,000 cashier's check |
| 12 | | | | | Carlinville National Bank records relating to the use of Exhibit 12 and payment of personal loan |
| 13 | | | | | Carlinville National Bank records relating to payment of mortgage at 264 Broad Street, Carlinville, Illinois |
| 14 | | | | | Carlinville National Bank records relating to payment of mortgage at 268 Broad Street, Carlinville, Illinois |
| 15 | | | | | Photographs of 264 Broad Street and 268 Broad Street, Carlinville, Illinois |
| | | | | | **PAYMENTS OF CAMPAIGN FUNDS DIRECTLY TO McCANN** |
| 16 | | | | | United Community Bank account closing records and cashier's check of $2,279.76 (01/23/17) |
| 17 | | | | | United Community Bank account (6305) records relating to deposit of cashier's check |
| 18 | | | | | Consulting checks to Vicki McCann and payments to Magdalene Ramey |
| 19 | | | | | Carlinville National Bank records relating to payments to Magdalene Ramey and Vicki McCann |
| 20 | | | | | Summary Chart relating to payments to Magdalene Ramey and Vicki McCann |
| 21 | | | | | Carlinville National Bank and United Community Bank records relating to payments and cash withdrawals |
| 22 | | | | | Summary Chart of payments to McCann |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 23 | | | | | Paychex Payroll records |
| 24 | | | | | Carlinville National Bank account records relating to Paychex |
| 25 | | | | | United Community Bank records relating to deposits of payroll from Paychex |
| 26 | | | | | Summary Chart of payroll payments and other post-election payments from Paychex |
| | | | | | **PAYMENT OF PERSONAL EXPENSES** |
| 27 | | | | | Summary Chart of Personal Expenses Paid out of Campaign Accounts |
| 28 | | | | | Best Buy records |
| 29 | | | | | Scheels records |
| 30 | | | | | Camping World records |
| 31 | | | | | RV Share records |
| 32 | | | | | Capital One credit card records |
| 33 | | | | | Kruse Enterprises records |
| 34 | | | | | Barney's Furniture records |
| 35 | | | | | B & H Photo records |
| 36 | | | | | Walmart-Sam's records |
| 37 | | | | | Acuity Insurance records |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 38 | | | | | Cooper's Hawk records |
| 39 | | | | | Photographs of personal property and firearms |
| | | | | | **FALSIFICATION OF D-2 REPORTS FILED WITH THE ILLINOIS STATE BOARD OF ELECTIONS (ISBE)** |
| 40 | | | | | ISBE D-2 filings for Sam McCann for Senate - McCann for Illinois 2015 through 2020 |
| 41 | | | | | ISBE D-2 filings for Conservative Party of Illinois |
| 42 | | | | | Summary Chart of D-2 Filings |
| 43 | | | | | Hughes Net records |
| 44 | | | | | ISBE Spreadsheet of IP Logs |
| | | | | | **TAX RECORDS** |
| 45 | | | | | Summary Chart – Tax Computation |
| 46 | | | | | U.S. Federal Tax Return for the year ending December 31, 2018, for William McCann and Vicki McCann |
| 47 | | | | | Account Transcript for the year ending December 31, 2018 |
| | | | | | **FINANCIAL INSTITUTIONS** |
| 48 | | | | | United Community Bank records for McCann personal account |
| 49 | | | | | Carlinville National Bank records for McCann campaign account |
| 50 | | | | | Carlinville National Bank records relating to loan accounts |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 51 | | | | | United Community Bank records for joint account (Vicky A. and Sam McCann) |
| 52 | | | | | United Community Bank records for McCann campaign account |
| 53 | | | | | Bank and Trust records Magdalene Ramey and Vicki McCann account |
| | | | | | **RECORDINGS** |
| 54 | | | | | 07/30/2018 audio recording of the defendant |
| 54-T | | | | | Transcript of Exhibit 54 |
| 55 | | | | | 07/31/2018 audio recording of the defendant |
| 55-T | | | | | Transcript of Exhibit 55 |
| 56 | | | | | 08/08/2018 audio recording of the defendant |
| 56-T | | | | | Transcript of Exhibit 56 |
| 57 | | | | | 09/11/2018 audio recording of the defendant |
| 57-T | | | | | Transcript of Exhibit 57 |
| 58 | | | | | 12/19/2018 audio recording of Magdalene Ramey |
| 58-T | | | | | Transcript of Exhibit 58 |
| 59 | | | | | 09/25/2020 audio recording of Cynthia Miller |
| 59-T | | | | | Transcript of Exhibit 59 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **OTHER** |
| 60 | | | | | Records from the Illinois State Senate |
| 61 | | | | | Records of Sam McCann's statement to the media |
| 62 | | | | | Grand jury subpoenas issued to Sam McCann and Vicki McCann |
| 63 | | | | | Records produced by Sam McCann pursuant to a grand jury subpoena |
| 64 | | | | | Green Dot Records |
| 65 | | | | | Golden Eagle Campground Records |
| 66 | | | | | Campers and More Records |
| 67 | | | | | Campaign Guide |