UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-30014 |
| ) | |
| WILLIAM SAM McCANN, JR., ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR EXTENSION OF TIME TO DISCLOSE WITNESSES

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its response in opposition to the defendant's motion for extension of time to disclose witnesses and states the following:

### Background

On November 13, 2023, the government filed its pre-trial documents, including its witness list, as previously directed by the Court. Prior to the beginning of the bench trial before this Court on November 27, 2023, Defendant McCann filed motions to discharge his court-appointed counsel and proceed pro se and to continue the trial date. During the hearing on November 27, 2023, Defendant McCann advised this Court that one of the reasons for his discharging court-appointed

counsel was that counsel had refused to use any of the witnesses on the list of witnesses Defendant McCann said he had previously provided to counsel. This Court granted Defendant McCann's motions and scheduled the trial for February 5, 2024, and a status conference for December 4, 2023.

At the status hearing on December 4, 2023, with Defendant McCann and standby counsel, Mr. Vincent, this Court granted the government's request that Defendant McCann be directed to file his witness list by January 3, 2024, so that any pretrial motions relating to such witnesses could be filed prior to and addressed at the final pretrial conference on January 10, 2024.

## Argument

On January 3, 2024, the date his witness list was due, Defendant McCann filed a motion for an additional seven days to file his witness list. As the only basis for this request, Defendant McCann states that an extension is necessary due to the "highly compressed timeframe." The government respectfully objects to this motion and requests that it be denied.

Defendant McCann previously advised the Court more than one month ago, that he already had a list of witnesses that he previously provided to appointed counsel. Thus, there was nothing for Defendant McCann to prepare. Now, in his motion, Defendant McCann alleges that he

2

needs additional time to file a witness list due to the "highly compressed timeframe." Both of these statements cannot be true. In any case, Defendant McCann has had more than sufficient time (one month) to comply with this Court's directive and simply prepare and file a witness list. As this Court advised Defendant McCann at the last status hearing, whether any of his witnesses will be allowed to testify and to what facts are separate questions from his obligation to simply file a list of potential witnesses. The government respectfully submits that it is readily apparent that Defendant McCann is continuing to engage in tactics intended to manipulate and delay the trial proceedings.

    Accordingly, the government respectfully requests that Defendant McCann's motion be denied.

                                    Respectfully submitted,

                                    GREOGRY K. HARRIS,
                                  UNITED STATES ATTORNEY

                          By:   *s/Timothy A. Bass*
                                Timothy A. Bass, MO Bar No. 45344
                                Assistant United States Attorney 318 South Sixth Street
                                Springfield, IL 62701
                                Phone: (217) 492-4450
                                tim.bass@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to standby counsel, and I emailed a copy to the following:

>William Sam McCann, Jr.
>Sam McCann <william.sam.mccann@gmail.com>

>*s/Timothy A. Bass*
>Timothy A. Bass, MO Bar No. 45344
>Assistant United States Attorney 318
>South Sixth Street
>Springfield, IL 62701
>Phone: (217) 492-4450
>tim.bass@usdoj.gov